

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2013

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**,
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellee's Motion for Reconsideration of this Court's November 18, 2013 order to stay the underlying trial proceedings is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2013.

_____
Keith E. Hottle
Clerk of Court